# Exhibit 2

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 1 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| An electrical cord storage device adapted to be affixed to an electrical appliance, comprising: |  |  |
| a base having a first surface adapted to be affixed to a surface of an electrical appliance and a second surface opposed to the first surface; |  | <br>As shown, "Cord Keeper" comprises a base having a first surface adapted to be affixed to a surface of an electoral appliance and a second surface opposed to the first surface. |

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

<table>
<tr><th>CLAIM 1</th><th>Embodiment or Embodiments Exemplified in the '626 Patent</th><th>EVERIHOLDER'S "CORD KEEPER" PRODUCT</th></tr>
<tr><td>a post having a first end affixed to the base and extending from the second surface of the base to a second end to form a cord-wrapping structure adapted to receive an electrical cord of the electrical appliance wound thereon; and</td><td></td><td>

As shown, "Cord Keeper" comprises a post having a first end affixed to the base and extending from the second surface of the base to a second end to form a code-wrapping structure adapted to receive an electrical cord of the electrical appliance wound thereon.</td></tr>
<tr><td>a dome affixed to the second end of the post, extending radially away from the post, and curving toward an imaginary plane substantially normal to the post located at the first end of the post,</td><td></td><td>

As shown, "Cord Keeper" comprises a dome affixed to the second end of the post, extending radially away from the post, and curving toward an imaginary plane substantially normal to the post located at the first end of the post.</td></tr>
</table>

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 1 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| wherein the dome has a scalloped perimeter spaced around the post, the scalloped perimeter having a plurality of grooves that are configured to catch the electrical cord to prevent unintended unwinding of the electrical cord from around the post and to maintain the electrical cord in a desired position. |  |   As shown, the dome has a scalloped perimeter spaced around the post, with the scalloped perimeter having a plurality of grooves. Those grooves are, structure-wise, of the same nature to the nature of the grooves of the scalloped perimeter of the dome of each of the one or more embodiments disclosed in the '626 patent, structures which, according to the disclosure of the '626 patent, are configured to catch the electrical cord to prevent unintended unwinding of the electrical cord from around the post and to maintain the electrical cord in a desired position. |

| CLAIM 2 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The device as recited in claim 1, |  | See chart above with respect to claim 1, |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 2 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| wherein the dome comprises an internal concave surface that faces towards the second surface of the base, wherein a projection that is integrally formed with the dome extends from a central portion of the internal concave surface and is coupled to the post. |  |   As shown, the dome comprises an internal concave surface that faces towards the second surface of the base, wherein a projection that is integrally formed with the dome extends from a central portion of the internal concave surface and is coupled to the post. |

| CLAIM 3 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The device as recited in claim 1, |  | See chart above with respect to claim 1, |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 3 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| wherein the scalloped perimeter is spaced apart from the base such that a gap is formed 360 degrees around the electrical storage device between the scalloped perimeter and the base such that the electrical cord fits between the scalloped perimeter and the based. |  | <br>As shown, the scalloped perimeter of a "Cord Keeper" is spaced apart from the base such that a gap is formed 360 degrees around the electrical storage device between the scalloped perimeter and the base such that the electrical cord fits between the scalloped perimeter and the based. |

| CLAIM 4 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The device as recited in claim 3, |  | See chart above with respect to claim 3, |

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 4 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| further comprising an affixation material affixed to the first surface of the base and adapted to be affixed to the surface of the electrical appliance. |  |  <br>As shown, a Cord Keeper further comprises an affixation material affixed to the first surface of the base and adapted to be affixed to the surface of the electrical appliance. |

| CLAIM 5 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The device as recited in claim 1, |  | See chart above with respect to claim 1, |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 5 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| wherein a diameter of the base is smaller than a diameter of the dome such that a gap is formed 360 degrees around the electrical storage device between the scalloped perimeter and the base. |  |  As shown, for a Cord Keeper, the diameter of the base is smaller than the diameter of the dome such that a gap is formed 360 degrees around the electrical storage device between the scalloped perimeter and the base. |

| CLAIM 6 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The device as recited in claim 1, |  | See chart above with respect to claim 1, |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 6 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| wherein the base is formed of a flexible and heat tolerant material, whereby the base is configured to flexed to better adapt to a shape of the surface of the electrical appliance. |  | <br>As indicated on the labeling of its packaging, for a Cord Keeper, the base is, by definition, formed of a flexible and heat tolerant material, whereby the base is configured to flexed to better adapt to a shape of the surface of the electrical appliance. |

| CLAIM 7 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The device as recited in claim 1, |  | See chart above with respect to claim 1, |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 7 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| wherein an outer edge of the dome is spaced apart from the imaginary plane by a distance adapted to permit entry of the electrical cord and adapted to generally prevent unintended unwinding of the electrical cord from the post. |  | <br>As indicated on the labeling of its packaging, for a Cord Keeper, the outer edge of the dome is spaced apart from the imaginary plane by a distance adapted to permit entry of the electrical cord and adapted to generally prevent unintended unwinding of the electrical cord from the post. |

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 8 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The device as recited in claim 1, |  | See chart above with respect to claim 1, |
| further comprising an affixation material affixed to the first surface of the base and adapted to be affixed to the surface of the electrical appliance. |  | <br>As indicated on the labeling of its packaging, a Cord Keeper further comprises an affixation material affixed to the first surface of the base and adapted to be affixed to the surface of the electrical appliance. |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 9 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The device as recited in claim 1, |  | See chart above with respect to claim 1, |
| wherein the scalloped perimeter is spaced apart from the base such that a gap is formed 360 degrees around the electrical storage device between the scalloped perimeter and the base such that the electrical cord fits between the scalloped perimeter and the base. |  | <br>As indicated by the highlighted image on its packaging, for a Cord Keeper, the scalloped perimeter is spaced apart from the base such that a gap is formed 360 degrees around the electrical storage device between the scalloped perimeter and the base such that the electrical cord fits between the scalloped perimeter and the base. |

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 10 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The device as recited in claim 9, |  | See chart above with respect to claim 9, |
| wherein the diameter of the base is smaller than diameter of the dome. |  |   As shown, for a Cord Keeper, the diameter of the base is smaller than diameter of the dome. |

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 11 | EVERIHOLDER'S METHOD USING ITS CORD KEEPER PRODUCT |
|---|---|
| A method for providing storage for an electrical cord on a surface of an electrical appliance, the method comprising steps of: |  |
| providing an electrical cord storage device, the electrical cord storage device comprising: | Evriholder provides, as electrical storage device, "Cord Keeper" which comprises the following components. |
| a base having a first surface shaped to substantially conform to and adapted to be affixed to a surface of an electrical appliance and a second surface opposed to the first surface; | <br>As shown, "Cord Keeper" comprises a base having a first surface shaped to substantially conform to and adapted to be affixed to a surface of an electrical appliance and a second surface opposed to the first surface. |

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

<table>
<tr><th>CLAIM 11</th><th>EVERIHOLDER'S METHOD USING ITS CORD KEEPER PRODUCT</th></tr>
<tr><td>a post having a first end affixed to the base and extending from the second surface of the base to a second end to form a cord-wrapping structure adapted to receive an electrical cord of the electrical appliance wound thereon;</td><td>

As shown, "Cord Keeper" comprises a post having a first end affixed to the base and extending from the second surfac of the base to a second end to form a cord-wrapping structure adapted to receive an electrical cord of the electrical appliance wound thereon.</td></tr>
<tr><td>a dome affixed to the second end of the post, extending radially away from the post, and curving toward an imaginary plane substantially normal to the post located at the first end of the post,</td><td>

As shown, "Cord Keeper" comprises a dome affixed to the second end of the post, extending radially away from the post, and curving toward an imaginary plane substantially normal to the post located at the first end of the post.</td></tr>
</table>

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 11 | EVERIHOLDER'S METHOD USING ITS CORD KEEPER PRODUCT |
|---|---|
| the dome having a scalloped perimeter spaced around the post, the scalloped perimeter having a plurality of grooves that are configured to catch the electrical cord to prevent unintended unwinding of the electrical cord from around the post and to maintain the electrical cord in a desired position | <br><br>As shown, the dome has a scalloped perimeter spaced around the post, with the scalloped perimeter having a plurality of grooves. Those grooves are, structure-wise, of the same nature to the nature of the grooves of the scalloped perimeter of the dome of each of the one or more embodiments disclosed in the '626 patent, structures which, according to the disclosure of the '626 patent, are configured to catch the electrical cord to prevent unintended unwinding of the electrical cord from around the post and to maintain the electrical cord in a desired position. |
| affixing the electrical cord storage device to the surface of the electrical appliance. | <br> |

| CLAIM 12 | EVERIHOLDER'S METHOD USING ITS CORD KEEPER PRODUCT |
|---|---|
| The method as recited in claim 11, | See chart above with respect to claim 11, |

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 12 | EVERIHOLDER'S METHOD USING ITS CORD KEEPER PRODUCT |
|---|---|
| further comprising securing a plug end of the electrical cord under the dome. |   |

| CLAIM 13 | EVERIHOLDER'S METHOD USING ITS CORD KEEPER PRODUCT |
|---|---|
| The method as recited in claim 11, | See chart above with respect to claim 11, |
| further comprising disposing a portion of the electrical cord in at least one of the plurality of grooves of the scalloped perimeter of the dome. |   |

| CLAIM 14 | EVERIHOLDER'S METHOD USING ITS CORD KEEPER PRODUCT |
|---|---|
| The method as recited in claim 11, | See chart above with respect to claim 11, |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 14 | EVERIHOLDER'S METHOD USING ITS CORD KEEPER PRODUCT |
|---|---|
| wherein affixing the electrical cord storage device to the surface of the electrical appliance comprises using an adhesive between the electrical cord storage device and the surface of the electrical appliance. |  |

| CLAIM 15 | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|
| The method as recited in claim 11, | See chart above with respect to claim 11, |
| wherein an affixation of the electrical cord storage device to the surface of the electrical appliance is an affixation selected from the group consisting of a substantially permanent affixation and a reversible affixation. |  |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 16 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| An electrical cord storage device adapted to be affixed to an electrical appliance, comprising: |  |   |
| a base having a first surface adapted to be affixed to a surface of an electrical appliance and a second surface opposed to the first surface; |  |   As shown, "Cord Keeper" comprises a base having a first surface adapted to be affixed to a surface of an electoral appliance and a second surface opposed to the first surface. |

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 16 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
| --- | --- | --- |
| a post having a first end affixed to the base and extending from the second surface of the base to a second end to form a cord-wrapping structure adapted to receive an electrical cord of the electrical appliance wound thereon; and |  | <br>As shown, "Cord Keeper" comprises a post having a first end affixed to the base and extending from the second surface of the base to a second end to form a code-wrapping structure adapted to receive an electrical cord of the electrical appliance wound thereon. |
| a dome affixed to the second end of the post, extending radially away from the post, and curving toward an imaginary plane substantially normal to the post located at the first end of the post, |  | <br>As shown, "Cord Keeper" comprises a dome affixed to the second end of the post, extending radially away from the post, and curving toward an imaginary plane substantially normal to the post located at the first end of the post. |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 16 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| the dome having a scalloped outer-most perimeter spaced around the post, the scalloped outer-most perimeter having a plurality of grooves that are configured to catch the electrical cord to prevent unintended unwinding of the electrical cord from around the post and to maintain the electrical cord in a desired position, |  | <br>As shown, the dome has a scalloped perimeter spaced around the post, with the scalloped perimeter having a plurality of grooves. Those grooves are, structure-wise, of the same nature to the nature of the grooves of the scalloped perimeter of the dome of each of the one or more embodiments disclosed in the '626 patent, structures which, according to the disclosure of the '626 patent, are configured to catch the electrical cord to prevent unintended unwinding of the electrical cord from around the post and to maintain the electrical cord in a desired position. |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 16 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| wherein a diameter of the dome is greater than a diameter of the base, and wherein the scalloped outer-most perimeter of the dome is spaced apart from the imaginary plane by a distance, thereby forming a 360 degree gap between the scalloped outer-most perimeter of the dome and the imaginary plane, the 360 degree gap being configured to permit entry of the electrical cord between the scalloped outer-most perimeter of the dome and base. |  |   As shown, the diameter of the dome is greater than the diameter of the base. The scalloped outer-most perimeter of the dome is spaced apart from the imaginary plane by a distance, thereby forming a 360 degree gap between the scalloped outer-most perimeter of the dome and the imaginary plane, the 360 degree gap being configured to permit entry of the electrical cord between the scalloped outer-most perimeter of the dome and base. |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 17 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The electrical cord storage device of claim 16 |  | See chart above with respect to claim 16, |
| wherein the base is integrally formed with the first end of the post, and wherein the dome is integrally formed with a portion of the second end of the post. |  |  |

| CLAIM 18 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The electrical cord storage device of claim 17, |  | See chart above with respect to claim 17, |

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 18 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| wherein the first end of the post is connected with the portion of the second end of the post in a connection selected from the group consisting of a permanent connection, a semi-permanent connection, and a selective connection. |  |  |

| CLAIM 19 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The electrical cord storage device of claim 16, |  | See chart above with respect to claim 16, |

## CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 19 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| wherein the base comprises a flexible material, whereby the base is configured to be flexed to adapt to a non-flat portion of the surface of the electrical appliance. |  |  . |

| CLAIM 20 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| The electrical cord storage device of claim 19, |  | See chart above with respect to claim 19, |

# CLAIM CHART FOR U.S. PATENT NO. 11,820,626 AGAINST EVRIHIOLDER'S "CORD KEEPER" PRODUCT

| CLAIM 20 | Embodiment or Embodiments Exemplified in the '626 Patent | EVERIHOLDER'S "CORD KEEPER" PRODUCT |
|---|---|---|
| wherein the base further comprises an adhesive that is configured to be applied directly to the surface of the electrical appliance, and wherein the adhesive is temperature resistant such that the base is configured to remain adhered to the surface of the electrical appliance even when the surface of the electrical appliance is heated beyond a resting temperature of the electrical appliance through operation of the electrical appliance. |  |   As indicated on the labeling of its packaging, for a Cord Keeper, the base comprises an adhesive that is configured to be applied directly to the surface of an electrical appliance, and wherein the adhesive is temperature resistant such that the base is configured to remain adhered to the surface of the electrical appliance even when the surface of the electrical appliance is heated beyond a resting temperature of the electrical appliance through operation of the electrical appliance. |