UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| HAPPY HOUR THINKING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVRIHOLDER PRODUCTS, LLC,<br><br>Defendant. | Civil No. 2:25cv436 |

**FINAL ORDER**

Pending before the Court are a Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or Alternatively, Motion to Transfer (the "Motion to Dismiss/Transfer") (ECF No. 11) filed by Defendant Evriholder Products, LLC ("Defendant") and a Motion to Strike Defendant's Motion to Dismiss for Defendant's Failure to Comply with Local Civil Rule 7(E) (the "Motion to Strike") (ECF No. 15) filed by Plaintiff Happy Hour Thinking, LLC ("Plaintiff").

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B), and by Order of reference dated May 1, 2026, the Motion to Dismiss and Motion to Strike were referred to United States Magistrate Judge Lawrence R. Leonard ("Judge Leonard") for a report and recommendation ("R&R"). Order, ECF No. 18. On August 21, 2026, Judge Leonard filed an R&R wherein he recommended that the Motion to Dismiss or Transfer be granted and that the Motion to Strike be denied. R&R at 17, ECF No. 19. Each party was advised of the right to file objections to the R&R within 14 days. *Id.*

On September 4, 2026, Plaintiff filed timely objections to the R&R. Obj., ECF No. 20. On September 8, 2026, Defendant filed a timely response to the objections. Resp., ECF No. 21. The Motion to Dismiss or Transfer and the Motion to Strike are therefore ripe for adjudication.

When a magistrate judge's disposition has been properly objected to, the district judge must make *de novo* findings with respect to the portions objected to. Fed. R. Civ. P. 72(b)(3). The Court has reviewed the record and examined the objections filed by Plaintiff and, upon *de novo* review, finds that the objections should be overruled. Judge Leonard properly determined that this action should be transferred to another judicial district, and therefore properly determined that he need not resolve the parties' disputes concerning specific jurisdiction and whether venue is proper in this District. R&R at 11, 13, 16, ECF No. 19.

Accordingly, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. The R&R (ECF No. 19) is **ACCEPTED** and **ADOPTED**.
2. The Motion to Dismiss or Transfer (ECF No. 11) is **GRANTED**.
3. The Motion to Strike (ECF No. 15) is **DENIED**.
4. This case **SHALL** be transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

The Clerk is **REQUESTED** to please provide a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
Senior United States District Judge

September 15, 2026
Norfolk, Virginia